**Order filed July 12, 2013**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-13-00411-CV**

_____

**IN THE INTEREST OF I.S.M., A CHILD**

---

**On Appeal from the 309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-41699**

---

**ORDER**

The notice of appeal in this case was filed May 8, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **July 29, 2013.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM